**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  ANTHONY F. KWIDZINSKI & SUSAN J. KWIDZINSKI           Case Number: 07-71429
1747 BRICKVILLE ROAD                SSN-xxx-xx-1451 & xxx-xx-3517
SYCAMORE, IL  60178

                                                                                 Case filed on:          6/14/2007
                                                                    Plan Confirmed on:
U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,000.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY JEFFREY M KRASNER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | ANTHONY F. KWIDZINSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ANTHONY F. KWIDZINSKI | 0.00 | 0.00 | 3,000.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 3,000.00 | 0.00 |
|  | Grand Total: | 0.00 | 0.00 | 3,000.00 | 0.00 |

Total Paid Claimant:      $3,000.00
Trustee Allowance:           $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00           discharging the trustee and the trustee's surety from any and all
                                                       liablility on account of the within proceedings, and closing the estate,
                                                       and for such other relief as is just.  Pursuant to FRBP, I hereby
                                                       certify that the subject case has been fully administered.

      Report Dated:

                                                                  /s/ Lydia S. Meyer
                                                               Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 11/01/2007          By  /s/Heather M. Fagan